■ In the Matter of JAMES E. CLIFF, Petitioner, v J. TEDFORD, as Designated Tier II Reviewer of Clinton Correctional Facility, et al., Respondents. [682 NYS2d 636] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondents which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that the determination at issue in this proceeding has been administratively reversed and that all references to the disciplinary hearing will be expunged from petitioner's record. Because petitioner has received all the relief to which he is entitled, the matter is moot and the petition is dismissed (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Cardona, P. J., Mercure, Crew III, Yesawich Jr. and Graffeo, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.

■ In the Matter of MANZY BROWN III, Petitioner, v DIVISION OF PAROLE et al., Respondents. [682 NYS2d 637] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Greene County) to review a determination of respondents which denied petitioner's request for parole release.

The Attorney-General has advised this Court that petitioner, a prison inmate, has reappeared before the State Board of Parole since the parole release hearing giving rise to this proceeding and his request for parole was again denied. Given petitioner's subsequent appearance before the Board, the instant matter is now moot and must be dismissed (*see, Matter of Keating v New York State Div. of Parole*, 252 AD2d 635; *Matter of Herrera v New York State Bd. of Parole*, 246 AD2d 703).

Mikoll, J. P., Mercure, Yesawich Jr., Peters and Carpinello, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.